JS-6

1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                    **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   PASSPORT FOODS SVC, LLC,                Case No. 5:22-cv-00461-JWH-SHK

12              Plaintiff,                    **JUDGMENT**

13        v.

14   CULINARY INTERNATION, LLC;
     and
15   SIMPLE FOODS LLC,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Order Dismissing Case for Failure to Prosecute filed substantially contemporaneously concurrently herewith, and in accordance with Rule 41(b) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.      Defendants Culinary International, LLC and Simple Foods LLC shall have **JUDGMENT** in their favor, and against Plaintiff Passport Foods SVC, LLC.  Plaintiff Passport Foods SVC, LLC shall take nothing by way of its complaint.  This action is **DISMISSED**.

3.      Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:___January 10, 2024_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE